ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
TODD KENNEDY (State Bar No. 250267)
todd@gutridesafier.com
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile: (415) 449-6469

VAL D. HORNSTEIN (State Bar No. 133726)
val@hornsteinlaw.com
MATTHEW R. HARRISON (State Bar No. 267477)
mharrison@hornsteinlaw.com
HORNSTEIN LAW OFFICES, Prof. Corp.
235 Pine Street, Suite 1300
San Francisco, CA 94104
Phone: (415) 454-1490
Fax: (415) 788-6929

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC, | Case No. CV 11-01299 PJH |
| Plaintiff, | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| vs. | AS MODIFIED BY THE COURT |
| MICROTECH SYSTEMS, INC., | |
| Defendant. | |

WHEREAS, the Court ordered the parties to meet and confer and submit a stipulation as to all dates through claim construction (*see* June 30, 2011 Minute Entry (Doc. 19));

WHEREAS, the parties have met and conferred as ordered;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their designated counsel that the following deadlines shall apply in this matter:

| | |
|---|---|
| L.P.R 3-1 Disclosure of asserted claims and infringement contentions; <br> L.P.R. 3-2 Document production accompanying disclosure | September 26, 2011 |
| L.P.R. 3-3 Invalidity contentions <br> L.P.R. 3-4 Document production accompanying disclosure | November 11, 2011 |
| L.P.R. 4-1 Exchange of proposed terms for construction | November 17, 2011 |
| L.P.R. 4-2 Preliminary claim constructions | December 12, 2011 |
| L.P.R. 4-3 Joint claim construction and prehearing statement | January 12, 2012 |
| L.P.R. 4-4 Close of claim construction discovery | February 6, 2012 |
| L.P.R. 4-5(a) Plaintiff's claim construction brief | ~~February 10, 2012~~ Feb. 8, 2012 |
| L.P.R. 4-5(b) Defendant's responsive claim construction brief | ~~February 24, 2012~~ Feb. 22, 2012 |
| L.P.R. 4-5(c) Plaintiff's claim construction reply brief | ~~March 2, 2012~~ Feb. 29, 2012 |

**IT IS SO STIPULATED.**

Dated: September [15], 2011        GUTRIDE SAFIER LLP

_/s/ Todd Kennedy_
Todd Kennedy
Attorneys for Plaintiff Innovative Automation, LLC

2
STIPULATION AND ORDER REGARDING CASE SCHEDULE

Dated: September 14, 2011

HORNSTEIN LAW OFFICES, Prof. Corp.

*[signature: Matthew R. Harrison]*

Matthew R. Harrison
Attorneys for Defendant and Counterclaimant
Microtech Systems, Inc.

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I attest that the above signatory for Microtech Systems, Inc. has concurred and consented to the filing of this document.

DATED: September [15], 2011.

*[signature: Todd Kennedy]*

Todd Kennedy
Attorney for Plaintiff Innovative
Automation, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/19/11

_____
Honorable Phyllis J. Hamilton
U.S. DISTRICT JUDGE

